WEST v. ROBERTS et al.

(Circuit Court of Appeals, Fifth Circuit. February 15, 1905.)

No. 1,366.

1. TRIAL—EFFECT OF MOTIONS BY BOTH PARTIES FOR DIRECTION OF VERDICT.

Where both parties move for direction of a verdict, it is an affirmance on the part of each that there is no disputed question of fact which could operate to deflect or control the questions of law.

[Ed. Note.—For cases in point, see vol. 46, Cent. Dig. Trial, § 400.]

2. PUBLIC LANDS—LOUISIANA STATE SWAMP LANDS—PRE-EMPTION RIGHTS.

Pre-emption rights cannot be acquired, under Act La. No. 21, p. 31, of 1886, in lands which have been granted to one of the levee boards of the state.

In Error to the Circuit Court of the United States for the Western District of Louisiana.

J. D. Wilkinson, for plaintiff in error.
E. H. Randolph, E. W. Sutherlin, W. P. Hall, and A. J. Murff, for defendants in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the trial in the lower court each party requested the court to instruct the jury to return a verdict in his favor, and thereby each affirmed there was no disputed question of fact which could operate to deflect or control the question of law. See Beuttell v. Magone, 157 U. S. 157, 15 Sup. Ct. 566, 39 L. Ed. 654. The trial judge gave the peremptory instruction in favor of the defendant, and therein followed McDade v. The Bossier Levee Board, 109 La. 627, 33 South. 628, and Hall v. Levee Board, 111 La. 913, 35 South. 976.

The ruling of the trial judge was correct, and the judgment of the Circuit Court is affirmed.